# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JUNIOR SAINVIL, | Case No. 2:18-cv-01121-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL P. PRINTY, | |
| Defendant. | |

Presently before the court is defendant Michael P. Printy's demand for security of costs (ECF No. 5), filed on July 3, 2018. Plaintiff Junior Saivil filed a response (ECF No. 7) on July 17, 2018. Defendant did not file a reply.

Defendant demands security of costs in the amount of $500.00 under Nevada Revised Statutes § 18.130 in this diversity case. Plaintiff does not oppose the request, but states that his deadline for posting the $500.00 security of costs with the court is 30 days from the date of the demand, and not 14 days as stated in the court's notice of electronic filing.

Under Local Rule IC 3-1(d), filing deadlines listed in notices of electronic filing are provided as a courtesy only. Applicable Federal Rules, statutes, or local rules govern computing and extending time for all documents notwithstanding any contrary deadline in a notice of electronic filing. LR IC 3-1(d). Given that the demand for security of costs is unopposed, and for good cause shown, the court will grant the motion. By August 2, 2018, plaintiff must deposit security of costs in the amount of $500.00 in accordance with Local Rule 67-1.

IT IS THEREFORE ORDERED that defendant Michael P. Printy's demand for security of costs (ECF No. 5) is GRANTED. Plaintiff must post the $500.00 security of costs as stated in this order.

DATED: July 25, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE